UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANN M. CUTTI,<br><br>*Plaintiff,*<br><br>-- against --<br><br>SELIP & STYLIANOU, LLP;<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>*Defendants.* | Case No.: 1:24-cv-05261 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Caitlin Goldman of Manhattan Legal Services hereby appears in this action as counsel for Plaintiff Johann M. Cutti and requests that all notices and papers be served upon the undersigned counsel at the address stated below.

Dated: August 28, 2024
      New York, NY

                                       MANHATTAN LEGAL SERVICES

                     By:    *s/ Caitlin S. Goldman*

                                       Caitlin Slavik Goldman, Esq.
                                       1 West 125th Street, 2nd Floor
                                       New York, NY 10027
                                       Tel: (646) 442-3176
                                       Email: cgoldman@lsnyc.org

                                       *Attorneys for Plaintiff Johann M. Cutti*