UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANN M. CUTTI,<br><br>   Plaintiff,<br><br> -against-<br><br>SELIP & STYLIANOU, LLP;<br>MIDLAND CREDIT MANAGEMENT, INC.;<br><br>   Defendant. | Docket No. 1:24-cv-5261<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Dana B. Briganti, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendant Midland Credit Management, Inc. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated: New York, New York
    August 29, 2024

                HINSHAW & CULBERTSON LLP
                *Attorneys for Defendant*
                *Midland Credit Management, Inc.*

                By: *s/Dana B. Briganti*
                   Dana B. Briganti, Esq.

                800 Third Avenue, 13th Floor
                New York, New York 10022
                Tel: (212) 471-6200
                Fax: (212) 935-1166
                Email: bbriganti@hinshawlaw.com

To: *All Counsel of Record (via ECF)*