UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHANN M. CUTTI,

        Plaintiff,

-against-

SELIP & STYLIANOU, LLP,
MIDLAND CREDIT MANAGEMENT, INC.,

        Defendants.
------------------------------------------------------------X

Case No. 1:24-cv-5261 (JSR)

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and Defendants Selip & Stylianou, LLP and Midland Credit Management, Inc., that the above-captioned action is dismissed in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a).

Dated: December 30, 2024

**Manhattan Legal Services**

By: _/s/ Caitlin Goldman_
Mary McCune, Esq.
Caitlin S. Goldman, Esq.
*Attorneys for Plaintiff*
1 W. 125th St., 2nd Floor
New York, NY 10027
(646) 442-3143

**Hinshaw & Culbertson LLP**

By: _/s/_
Han Sheng Beh, Esq.
Samantha R. Millar, Esq.
*Attorneys for Defendant*
*Midland Credit Management, Inc.*
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6238

**Kaufman Dolowich LLP**

By: _/s/_
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
*Attorneys for Defendant*
*Selip & Stylianou, LLP*
Woodbury, New York 11797
(516) 681-1100

SO ORDERED.

_____
HON. JED S. RAKOFF, U.S.D.J.
1-2-25